IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, ex rel. Chris Koster, and the MISSOURI DEPARTMENT OF NATURAL RESOURCES, MISSOURI STATE EMERGENCY MANAGEMENT AGENCY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, MAJOR GENERAL MICHAEL J. WALSH, COLONEL VERNIE L. REICHLING, JR., <br> Defendants. | Civil Action No. 11-CV-00067-SNLJ |

**UNOPPOSED MOTION TO INTERVENE**

NOW COMES the State of Illinois, by the authority of LISA MADIGAN, the Attorney General of the State of Illinois and pursuant to Federal Rule of Civil Procedure 24, and moves to intervene in this action. In support of this Motion, Illinois contemporaneously files its Memorandum of Law, including supporting affidavits.

If granted, the relief requested by Missouri will prevent the implementation by the Army Corps of the Floodway Operations Plan and will necessarily result in injury to numerous communities in southern Illinois. If the levees protecting Cairo are breached, water levels in the City will rise 18 to 20 feet, directly threatening approximately 3000 residents. Wilson Aff. ¶ 5. The flooding that will result as a consequence of an injunction against the Army Corps will devastate Cairo and other communities. Intervention pursuant to Rule 24 will allow Illinois to provide evidence to assist the Court so that all interests may be considered.

For the foregoing reasons, Illinois requests that this Court grant it leave to intervene as of right or, in the alternative, permissively.

                                                Respectfully submitted,
                                                LISA MADIGAN
                                                Attorney General of Illinois

                                                MATTHEW J. DUNN, Chief
                                                THOMAS DAVIS, Chief
                                                Environmental Enforcement/ Asbestos
                                                 Litigation Division

                                       BY: /s/ Rex L. Gradeless
                                                REX L. GRADELESS
                                                Assistant Attorney General

REX GRADELESS, MO62627
500 South Second Street
Springfield, Illinois 62706
217/782-7968

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | No.      11-CV-00067-SNLJ |
| ) | |
| UNITED STATES ARMY CORPS ) | |
| OF ENGINEERS, ) | |
| ) | |
| ) | |
|    Defendant. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2011, I electronically filed the foregoing Unopposed Motion To Intervene with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Jessica L. Blome
        Jessica.blome@ago.mo.gov

        John K. McManus
        Jack.McManus@ago.mo.gov

        Nicholas P. Llewellyn
        Nicholas.llewellyn@usdoj.gov

and I hereby certify that on April 28, 2011, I mailed by United States Postal Service, the document to the following nonregistered participant:

        None

        Respectfully submitted,

        By:    /s/Rex L. Gradeless
            Rex L. Gradeless
            Assistant Attorney General
            Attorney for Defendant(s)
            500 South Second Street
            Springfield, IL  62706
            Rgradeless@atg.state.il.us