# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHESTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel. Chris Koster, MISSOURI DEPARTMENT OF NATURAL RESOURCES, and MISSOURI STATE EMERGENCY MANAGEMENT AGENCY, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:11CV00067 SNLJ |
| UNITED STATES ARMY CORPS OF ENGINEERS, MAJOR GENREAL MICHAEL J. WALSH, and COLONEL VERNIE L. REICHLING, JR., ) ) ) ) ) | |
| Defendants, ) ) | |
| v. ) ) | |
| STATE OF ILLINOIS, and COMMONWEALTH OF KENTUCKY, ) ) ) | |
| Intervenor-Defendants. ) | |

## VOLUNTARY DISMISSAL

Plaintiff, by and through Assistant Attorney General Jessica L. Blome, hereby dismisses its Complaint without prejudice to the refiling thereof pursuant to Rule 41 of the Federal Rules of Civil Procedure in the above-styled case.

Respectfully Submitted,

**CHRIS KOSTER**
Attorney General

By: _____/s/ Jessica L. Blome_____
Jessica L. Blome, Mo. Bar #59710
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3640 phone

(573) 751-8796 facsimile
jessica.blome@ago.mo.gov

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ty Bair
Department of Justice
Natural Resources Section
Environment and Natural Resources
  Division
P.O. Box 663
Washington, DC  20044-0663

Edward J. Passarelli
Natural Resources Section
Environment and Natural Resources
  Division
Department of Justice
P.O. Box 663
Washington, DC  20044-0663

Rex L. Gradeless, II
Attorney General of Illinois
500 South Second
Springfield, IL  62706
rgradeless@atg.state.il.us

Jered J. Lindsay
Department of Justice
Environmental Defense Section
Environment and Natural Resources
  Division
P.O. Box 23986
Washington, DC  20026-3986

Richard G. Callahan
United States Attorney
Nicholas P. Llewellyn
Chief, Civil Division
111 S. 10 Street, 20th Floor
St. Louis, MO  63102
Nicholas.llewellyn@usdoj.gov

Jack Conway
Dana C. Nickles
Sean J. Riley
Office of the Attorney General
Commonwealth of Kentucky
700 Capital Ave., Suite 118
Frankfort, KY  40601

**SO ORDERED this 11th day of May, 2011.**

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

2